**Napoleon J. Rankin Bey**,

Plaintiff,

v.

**Memorandum & Order**

**Lt. Penland and Officer Woodie**,

Defendants.

Napoleon J. Rakin Bey, a state inmate, filed a complaint pursuant to 28 U.SC. § 1983 on July 9, 2015. On July 10, 2015, the undersigned entered an order notifying Bey of several deficiencies in his filings. D.E. 3. Specifically, Bey was notified that: 1) his complaint was not on the forms prescribed for use by this court; 2) the U.S. Marshal will be unable to effect service upon defendants due to insufficient address information; and 3) he must either pay the requisite filing fee or file a motion to proceed without the prepayment of fees. *Id.* Bey was instructed to correct these deficiencies within 21 days, and that failure to do so may result in the dismissal of his complaint without prejudice. *Id.*

Bey has failed to correct any of these deficiencies. However, on September 14, 2015, Bey informally notified the court of a change of address. D.E. 4. In light of this change of address, and out of an abundance of caution, the time for Bey to comply with the undersigned's July 10, 2015 order shall be extended until November 2, 2015. Any further extensions of this deadline for any reason shall be strongly disfavored. If Bey fails to file a timely response, the undersigned may recommend that his claims be denied without prejudice for failure to prosecute.

Dated: October 20, 2015

Robert T. Numbers, II
United States Magistrate Judge